**Docket No. 14-56834**

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

JORDAN MARKS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED
PLAINTIFF-APPELLANT,

v.

CRUNCH SAN DIEGO, LLC,
DEFENDANT-APPELLEE.

ON APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT CASE NO.: 3:14-CV-00348-BAS-BLM

**PLAINTIFF-APPELLANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
REGARDING THE FEDERAL COMMUNICATIONS COMMISSION'S
ENFORCEMENT ADVISORY NO. 2016-06**

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Plaintiff-Appellant

## PLAINTIFF'S-APPELLANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Fed. R. App. P. 28(j),[1] Plaintiff-Appellant Jordan Marks respectfully submits for the Court's consideration the Federal Communications Commission's Enforcement Advisory No. 2016-06, dated November 18, 2016, concerning the meaning of an "automatic telephone dialing system" (ATDS) and its application to "autodialed text messages" to cell phones. This advisory is directly relevant to the issues on appeal here with regard to whether Appellee Crunch San Diego, LLC used an ATDS to send autodialed text messages to Appellant Jordan Marks' cellular telephone.

Attached hereto as **Exhibit 1** is a true and correct copy of the FCC's Enforcement Advisory No. 2016-06, accessed on December 1, 2016 from the web link below:

http://transition.fcc.gov/Daily_Releases/Daily_Business/2016/db1118/DA-16-1299A1.pdf.[2]

| | |
|---|---|
| Dated: December 1, 2016 | Respectfully Submitted, |
| | **KAZEROUNI LAW GROUP, APC** |
| | BY: /s/ Abbas Kazerounian<br>Abbas Kazerounian<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 |

---

[1] The body of this letter to the clerk contains less than 350 words, in compliance with Fed. R. App. P. 28(j).

[2] Highlighting was added to the Exhibit for emphasis.